
Dean B. Gordon
THE LAW OFFICE OF DEAN B. GORDON
1220 East Olive Avenue
Fresno, California 93728
Tel:    (559) 221-7777         Fax:    (559) 221-6812 fax

Attorney for Plaintiffs:  KEN SHIRLEY and AMPARO LARA

Gregory L. Spallas, SBN 129306
PHILLIPS SPALLAS & ANGSTADY LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:    (415) 278-9400      Fax:    (415) 278-9411

Andrea M. Johnson
BURLESON COOKE L.L.P.
711 Louisiana St., Suite 1701
Houston, Texas 77002
Tel:    (713) 358-1700      Fax:    (713) 358-1717

Attorneys for Defendant LONG JOHN SILVER'S, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **KEN SHIRLEY and AMPARO LARA** ) | No.: 1:08-cv-01274-OWW-SMS |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| vs. ) | **ORDER TO DISMISS** |
| **LONG JOHN SILVER'S, INC.,** ) | |
| **And Does 1-100, inclusive** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

-------------------------------------------------------

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

- 1 -

*Plaintiffs' Order on Unopposed Motion to Dismiss*
*U.S.D.C. – Eastern District of California, Case No. 1:08-cv-1274*

PDF created with pdfFactory trial version www.pdffactory.com

In light of the settlement of this matter, the motion to dismiss is GRANTED. It is ORDERED that this case against Defendant Long John Silver's, Inc. is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs. All relief not expressly granted is hereby DENIED.

IT IS SO ORDERED.

DATED: _8/12/2009                   _/s/ OLIVER W WANGER_____
                                    UNITED STATES DISTRICT JUDGE

*Plaintiffs' Order on Unopposed Motion to Dismiss*
*U.S.D.C. – Eastern District of California, Case No. 1:08-cv-1274*

PDF created with pdfFactory trial version www.pdffactory.com